**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Amy P. Simonds, | ) | Case 1:20-cv-00447-GTS-DJS |
| *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| | ) | Chief United States District Judge |
| | ) | |
| | ) | Daniel J. Stewart |
| v. | ) | United States Magistrate Judge |
| | ) | |
| Andrew Saul, | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration | ) | |
| *Defendant*. | ) | February 22, 2021 |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will remand to the Administrative Law Judge and instruct that judge to take further action to obtain any relevant treatment records and develop Plaintiff's medical history; further evaluate the opinion evidence; complete the administrative record resolving the above issues; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Amy P. Simonds |
| By His Attorneys | By Her Attorney |

Antoinette T. Bacon,
Acting United States Attorney

| | |
|---|---|
| */s/ Ronald W. Makawa* | */s/ Michael J. Telfer*[1] |
| Ronald W. Makawa | Michael J. Telfer |
| Special Assistant United States Attorney | Legal Aid Society of Northeast New York |
| N.D.N.Y. Bar Roll No. 700979 | 95 Central Avenue |
| Social Security Administration | Albany, NY 12206 |
| Office of the General Counsel | (518) 533-5933 |
| J.F.K. Federal Building, Room 625 | mtelfer@lasnny.org |
| Boston, MA 02203 | |
| (617) 565-4283 | |
| ronald.makawa@ssa.gov | |

**Certificate of Service**

I certify that I served this document upon counsel of record via the Court's ECF system.

*/s/ Ronald W. Makawa*
Ronald W. Makawa

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 2/22/2021
Syracuse, NY

---

[1] Signed by Ronald W. Makawa with Michael J. Telfer's permission.